1 | Thomas Lether, WSBA #18089                                        Hon. Lauren King
1848 Westlake Ave N., STE 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurance company; THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company<br><br>                       Plaintiffs,<br><br>   v.<br><br>SOUTH BAY EXCAVATING, INC., a Washington corporation; WAVEDIVISION HOLDINGS, LLC a foreign limited liability company, and O'CALLAGHAN CABLE SERVICES, INC., an Oregon corporation<br><br>                       Defendants. | No. 3:21-cv-5752-BHS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

### I.       STIPULATION

COME NOW Plaintiffs The Charter Oak Fire Insurance Company, The Travelers Indemnity Company and Travelers Property Casualty Company of America and Defendant South Bay Excavating, Inc. hereby agree and stipulate that the current action should be dismissed **without** prejudice and without fees or costs to any party.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – 1              LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

DATED this 27th day of May 2022.

| LETHER LAW GROUP | PARSONS FARNELL & GREIN, LLP |
|---|---|
| */s/ Thomas Lether* | */s/Michael E. Farnell* |
| Thomas Lether, WSBA #18089 | Michael E. Farnell, WSBA #23735 |
| 1808 Westlake Avenue N., Suite 100 | 1030 SW Morrison Street |
| Seattle, WA 98109 | Portland, OR 97205 |
| 206.467.5444 | (503) 222-1812 |
| tlether@letherlaw.com | mfarnell@pfglaw.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant, South Bay Excavating, Inc.* |

## II.     ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1.     That this action is hereby dismissed without prejudice;

2.     This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this ___ day of _____, 2022.

_____
Lauren King
United States District Judge

**Presented By:**

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
1808 Westlake Avenue N., Suite 100
Seattle, WA 98109
206.467.5444
tlether@letherlaw.com
*Attorney for Plaintiffs*